CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Attorneys for New York Commercial Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| | |
| Medford Development Corp. | Case No. 14-75666 (AST) |
| Motor Parkway Enterprises Inc. | Case No. 14-75667 (AST) |
| Airport Development Corp. | Case No. 14-75683 (AST) |
| Wheeler Development LLC | Case No. 14-75668 (AST) |
| Smithtown Development Corp. | Case No. 14-75669 (AST) |
| Brentwood Development Corp. | Case No. 14-75670 (AST) |
| Holbrook Development Corp. | Case No. 14-75671 (AST) |
| Carman Development Corp. | Case No. 14-75672 (AST) |
| Maple Avenue Hauppauge Dev. Corp. | Case No. 14-75674 (AST) |
| Port Jefferson Development Corp. | Case No. 14-75675 (AST) |
| Ronkonkoma Development Corp. | Case No. 14-75676 (AST) |
| Islandia Development Corp. | Case No. 14-75677 (AST) |
| Oceanside Enterprises Inc. | Case No. 14-75678 (AST) |
| Islip Development Corp. | Case No. 14-75679 (AST) |
| Westbury Enterprises Inc. | Case No. 14-75680 (AST) |
| | |
| | (Jointly Administered) |

------------------------------------------------------------X

**ORDER FOR EMERGENCY HEARING ON MOTION TO
PROHIBIT DEBTORS' USE OF CASH COLLATERAL OR,
ALTERNATIVELY, GRANTING ADEQUATE PROTECTION**

Upon the Motion (the "Motion to Prohibit") dated January 12, 2015 of New York

Commercial Bank ("NYCX") to prohibit the Debtors' use of cash collateral or, alternatively,

granting adequate protection, and upon the request in the Motion to Prohibit for an emergency

hearing on the relief requested therein; and upon the Local Rule 9077-1 Affirmation of Bonnie L.

Pollack; and after due deliberation and sufficient cause therefore, it is

**ORDERED**, that the Motion to Prohibit shall be heard on _____

_____; and it is further

**ORDERED**, that by _____ NYCX must serve a copy of this Order, as

well as a copy of the Motion to Prohibit, by overnight mail upon the following parties:

- Office of the United States Trustee for the Eastern District of New York;

- Any party that has filed a request for Notices with this Court; and

- Any Creditors' Committee and its Counsel, if appointed, and

via first class mail by _____ upon each of the Debtors' twenty largest unsecured

creditors; and it is further

**ORDERED**, that objections, if any, to the relief requested in the Motion to Prohibit shall

(i) be in writing; (ii) set forth a factual and legal basis for the objection; (iii) comply with the

Federal Rules of Bankruptcy Procedure; and (iv) be filed with the Court (with one [1] copy to

Chambers) and be served upon counsel for NYCX, Matthew G. Roseman, Esq., and Bonnie L.

Pollack, Esq., Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, New

York 11530, not later than _____; and it is further

**ORDERED**, that NYCX shall file a certificate of service with the Clerk of the United

States Bankruptcy Court, Eastern District of New York, by _____.