**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| Medford Development Corp. | Case No.: 14-75666-ast |
| Motor Parkway Enterprises Inc. | Case No.: 14-75667-ast |
| Airport Development Corp. | Case No.: 14-75683-ast |
| Wheeler Development LLC | Case No.: 14-75668-ast |
| Smithtown Development Corp. | Case No.: 14-75669-ast |
| Brentwood Development Corp. | Case No.: 14-75670-ast |
| Holbrook Development Corp. | Case No.: 14-75671-ast |
| Carman Development Corp. | Case No.: 14-75672-ast |
| Maple Avenue Hauppauge Dev. Corp. | Case No.: 14-75674-ast |
| Port Jefferson Development Corp. | Case No.: 14-75675-ast |
| Ronkonkoma Development Corp. | Case No.: 14-75676-ast |
| Islandia Development Corp. | Case No.: 14-75677-ast |
| Oceanside Enterprises Inc. | Case No.: 14-75678-ast |
| Islip Development Corp. | Case No.: 14-75679-ast |
| Westbury Enterprises Inc. | Case No.: 14-75680-ast |
| Debtors. | (Jointly Administered Under Case No. 14-75666-ast) |

---------------------------------------------------------- x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF
PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of BP Products North America Inc. ("BP"), and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

> Jason R. Adams, Esq.
> **KELLEY DRYE & WARREN LLP**
> 101 Park Avenue
> New York, New York  10178
> Tel:  212-808-7800
> Fax:  212-808-7897
> E-mail: KDWBankruptcyDepartment@kelleydrye.com
>              jadams@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive BP's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which BP may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
January 23, 2015

**KELLEY DRYE & WARREN LLP**

By: */s/ James S. Carr*
James S. Carr, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Attorneys for BP Products North America Inc.