**ROSEN & ASSOCIATES, P.C.**
Attorneys for PM Sun Sea Realty LLC
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Alice P. Ko

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                  Chapter 11

MEDFORD DEVELOPMENT CORP., *et al.*,        Case No. 14-75666-ast

                        Debtors.                        (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rosen & Associates, P.C. hereby appears as attorneys for PM SUN SEA REALTY LLC and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon counsel at the following address:

>  Alice P. Ko, Esq.
> Rosen & Associates, P.C.
> 747 Third Avenue
> New York, NY 10017-2803
> Tel.: (212) 223-1100
> Fax: (212) 223-1102
> E-mail: ako@rosenpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the referenced case and the proceedings herein.

PLEASE TAKE FURTHER NOTICE that demand also is made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced case.

Dated:  New York, New York
         January 23, 2015

              **ROSEN & ASSOCIATES, P.C.**
              Attorneys for PM Sun Sea Realty LLC

              By:  /s/ Alice P. Ko
                    Alice P. Ko

              747 Third Avenue
              New York, NY 10017-2803
              (212) 223-1100