UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| | |
| Medford Development Corp. | Case No.: 8-14-75666-ast |
| Motor Parkway Enterprises Inc. | Case No.: 8-14-75667-ast |
| Airport Development Corp. | Case No.: 8-14-75683-ast |
| Wheeler Development LLC | Case No.: 8-14-75668-ast |
| Smithtown Development Corp. | Case No.: 8-14-75669-ast |
| Brentwood Development Corp. | Case No.: 8-14-75670-ast |
| Holbrook Development Corp. | Case No.: 8-14-75671-ast |
| Carman Development Corp. | Case No.: 8-14-75672-ast |
| Maple Avenue Hauppauge Dev. Corp. | Case No.: 8-14-75674-ast |
| Port Jefferson Development Corp. | Case No.: 8-14-75675-ast |
| Ronkonkoma Development Corp. | Case No.: 8-14-75676-ast |
| Islandia Development Corp. | Case No.: 8-14-75677-ast |
| Oceanside Enterprises Inc. | Case No.: 8-14-75678-ast |
| Islip Development Corp. | Case No.: 8-14-75679-ast |
| Westbury Enterprises Inc. | Case No.: 8-14-75680-ast |
| Debtor. | |
| | (Jointly Administered) |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF SUFFOLK)s:-

Carol Smith, being duly sworn deposes that deponent is not a party to the above-captioned action, is over the age of 18 years and resides at West Islip, New York.

On April 1, 2015, deponent served the within **NOTICE OF PRESENTMENT OF AN ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES** upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

All Interested Parties
     & Creditors on attached list

Carol Smith

Sworn to before me this
1st day of April, 2015

*/s/ Janine M. Zarrilli*
Notary Public
*Janine M. Zarrilli*
*Notary Public, State of New York*
*No. O1ZA5084708*
*Qualified in Nassau County*
*Commission Expires September 8, 2017*

A-Expert Extermination
Control
1782 Coney Island Ave
Brooklyn, NY 11230

Absolute Control
HVAC Corp.
962 W. Sunrise Highway
West Babylon, NY  11704

Accu Data Payroll
95 W Old Country Road
Hicksville, NY 11801

Beverage Works
1800 State Route 34
Suite 203
Wall, NJ 07719

Big Geyser
57-65 48th St.
Maspeth, NY 11378

Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378

Cullen & Dykman LLP
Attn: Matthew Roseman
100 Quentin Roosevelt Blvd.
Garden City, NY 11530-4850

Cumberland Farms, Inc.
100 Crossing Blvd.
Framingham, MA 01702

Elite Cellular
Accessories Inc.
61 East Industry Court
Deer Park, NY 11729

Forchelli, Curto, Deegan,
Schwartz, Mineo & Terrana
333 Earle Ovington Blvd, Ste. 1010
Uniondale, NY 11553

Garber Bros, Inc.
PO Box 296
Randolph, MA 02368

Gasda
372 Doughty Blvd
Suite 2C
Inwood, NY 11096

Gulf Oil Limited Partnership
100 Crossing Blvd
Framingham, MA 01702

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Island Pump & Tank
40 Doyle Court
East Northport, NY 11731

Long Island Gasoline
Retailers Association
270 Spagnoli Road
Melville, NY 11747

Malik Manzar
10 Laura Ct
Mount Sinai, NY 11766

Metro Franchising
98 Cuttermill Rd., Suite 342
Great Neck, NY 11021

Scott D. Talmadge, Esq.
Kay Scholer LLP
250 West 55th Street
New York, NY 10019-9710

New York Commercial Bank
Attn: Andrew Baltz
102 Duffy Ave. 4th Floor
Hicksville, NY 11801

NYS Assessment
Receivables
PO Box 4127
Binghamton, NY 13902-4127

NYS Department of
Taxation and Finance
Attn: Office of Counsel
Bldg 9 WA Harriman Campus
Albany, NY 12227

NYS Department of
Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-5300

NYS Dept. Of Taxation &
Finance Bankruptcy Unit -
TCD - Building 8, Rm 455
W.A.Harriman State Campus
Albany, NY 12227

NYS Lottery
One Broadway Center
PO Box 7500
Schenectady, NY 12301

Ocean Janitorial Supply
2775 Sunrise Highway
Islip Terrace, NY 11752

Pradeep Kumar
62 Commercial Blvd
Central Islip, NY 11722

Sandeep Malhotra
67 Adams Rd
Central Islip, NY 11722

Westerman, Ball, Ederer,
Miller, Zucker &
Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY 11556

Airport Development Corp.
701 Montauk Highway
Bay Shore, NY  11706-8220

| | | |
|---|---|---|
| Brentwood Development Corp.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 | Carman Development Corp.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 | Core-Mark Miscontinent, Inc.<br>100 West End Road<br>Wilkes-Barre, PA  18706-5449 |
| Holbrook Development Corp.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 | Maple Avenue Hauppauge Dev. Corp.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 | Medford Development Corp.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 |
| Motor Parkway Enterprises, Inc.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 | Port Jefferson Development Corp.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 | Smithtown Development Corp.<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 |
| Wheeler Development, LLC<br>701 Montauk Highway<br>Bay Shore, NY  11706-8220 | Simco Management<br>c/o Colin Development LLC<br>1520 Northern Blvd.<br>Manhasset, NY  11030-3006 | Anheuser-Busch<br>500 Food Center Drive<br>Bronx, NY  10474-7047 |
| Ashfia Niger<br>173-17 89th Avenue<br>Jamaica, NY  11432-4655 | Gowtom K Battrachyarja<br>3751 80th St., Apt. C25<br>Jackson Heights, NY 11372-6833 | Imam Mahbub<br>452 Eldert Lane<br>Brooklyn, NY 11208 |
| Kazi Arfin Akter<br>89-31 204th St<br>Hollis, NY 11423 | Kazi Bakeya<br>173-17 89th Ave<br>Jamaica, NY 11432 | MD Abdullah Al Mamun<br>159-19 88th Ave<br>Jamaica, NY 11432 |
| Mohammad Fazlul Karim<br>153-30 89th Ave<br>Apt 330<br>Jamaica, NY 11432 | Salma Akter<br>9244 176th, FL 2<br>Jamaica, NY 11433 | Serin Arfat<br>442 Lincoln Ave<br>Brooklyn, NY 11208 |
| Shahnia Khan<br>342 Lincoln Ave, Fl. 1<br>Brooklyn, NY 11208-3017 | Alexis Andrade<br>14 Dame St<br>Brentwood, NY 11717 | Anju Choudhary<br>45 Oakdale Ave<br>Central Islip, NY 11722 |
| Babylon Ice<br>PO Box 1930<br>West Babylon, NY 11704 | Boening Brothers Inc<br>1098 Route 109<br>N. Lindenhurst, NY 11757 | Falguni Gondalia<br>247 Northern Blvd<br>Saint James, NY 11780 |
| Ganesh Pant<br>58 Brightside Ave<br>Central Islip, NY 11722 | Gyanu Chand<br>27 Poplar St<br>Brentwood, NY 11717 | Jang B Pal<br>1719 Spur Drive<br>Central Islip, NY 11722 |

Jaswinder Singh
12408-94th Ave
South Richmond Hill, NY 11419

Jet Sanitation Services Corporation
228 Blydenburg Rd
Islandia, NY 11749

Joel A Moreira
2185 Joshua Path
Hauppauge, 11788

Mahfuza Akhter
58 Brightside Ave
Central Islip, NY 11722

Mohhamad Khan
108 Orange St
Central Islip, NY 11722

Olga Eliza Hernandez
772 Commack Rd
Brentwood, NY 11717

Ram K Bista
58 Brightside Ave
Central Islip, NY 11722

Sadia B Qureshi
14-13th St
Bohemia, NY 11716

Subbirul Ashraf
45 Oakdale Ave
Central Islip, NY 11722

Tropicana
PO Box 643106
Pittsburgh, PA 15264

Clare Rose, Inc.
100 Rose Executive Blvd.
East Yaphank, NY 11967

Gyanal Thapa
819 West Jericho Tpke
Smithtown, NY 11787

Hari B Singh Thapa
461 Lincoln Blvd., Apt 1D
Hauppauge, NY 11788

Nuzzolese Bros Ice
68 East Marie St
Hicksville, NY 11801

All American Hardware
678 Motor Parkway
Hauppauge, NY 11788

HP Hood LLC
6 Kimball Lane
Lynnfield, MA 01940

Shiva B Baniya
15 Linda Lane
Central Islip, NY 11722

Sudheer Kumar
60 Prince Lane
Westbury, NY 11590

5665 Sunrise Corp
274 Plymouth Ave
Brightwaters, NY 11718

Ben-Mil Assoc.
12 Macon Ave.
Sayville, NY 11782

KC Khatri
58 Horseblock Road
Centereach, NY 11720

Sanil Sikhrakar
58 Horseblock Road
Centereach, NY 11720

Suffolk County Treasurer
330 Center Drive
Riverhead, NY 11901

Warex Terminals Corp
1 South Water Street
Newburgh, NY 12550

BK Fire Suppression &
Security Systems
826 Suffolk Avenue
Brentwood, NY 11717

GE Capital
280 Park Avenue, 8th Floor
New York, NY 10017

Hardip Singh
39 Alpine Lane
Hicksville, NY 11801

Jamaica Ash
172 School Street
Westbury, NY 11590

Nassau County Treasurer ·
1 West Street, First Floor
Mineola, NY 11501

Surendra Bastola
11 Herzog Pl
Hicksville, NY 11801

Moritt Hock & Hamroff, LLP
400 Garden City Plaza
Garden City, NY  11530

Rajeev Roy
30 Mount Sinai Avenue
Mount Sinai, NY  11766

Muhammad Saeed
23 Wintergreen Drive
Coram, NY  11727

303 Maple Ave., LLC
303 Maple Ave.
Smithtown, NY 11787

Angnima Sherpa
303 Maple Ave
Smithtown, NY 11787

Ningma Sherpa
303 Maple Ave
Smithtown, NY 11787

Sunoco
1735 Market St.
Philadelphia, PA  19103

Chandra Sharma Belbase
51-01 39th Ave
Long Island City, NY 11104

Paraco Gas
Sycamore Square
2510 Route 44, Suite 8
Salt Point, NY 12578-8040

Port Jefferson
Enterprises, Inc.
315 Patchogue Rd.
Port Jefferson Station, NY 11776

Ramesh Khadkha
23 Wintergreen Dr
Coram, NY 11727

Manisha Sareen
6902B 186th Ln
Apt 2B
Fresh Meadows, NY 11365

Mariam Banu
4508 Expressway Dr S
Ronkonkoma, NY 11779

MD A Noor
23 Wintergreen Dr
Coram, NY 11727

Nusrat Shaukat
2798 Ocean Ave
Ronkonkoma, NY 11779

Rahat Afza
72 Philips Walk
West Babylon, NY 11704

Yasoda Karki
62 Commercial Blvd
Central Islip, NY 11722

Lama Pasang
23 Wintergreen Drive
Coram, NY 11727

Pond Paradise Landscaping
94 Scotch Pine Drive
Islandia, NY 11749

Puroshotam R Chalise
2346 Ocean Ave
Ronkonkoma, NY 11779

Alex John A Velarde
A298 Long Beach Rd
Island Park, NY 11558

Carlos Velasquez
72 Cypress Ave
Oceanside, NY 11572

Dennis Vasquez
18 Front St
Uniondale, NY 11553

Eduardo Manueles
61 South Main St
Freeport, NY 11520

Fernando Zavara
46 Fron Lane
Centereach, NY 11720

Mario Rodriguez
260 Oxhead Rd
Centereach, NY 11720

MD A Talukder
4551 40th St
Sunnyside, NY 11104

Mohammad Islam
88-16 168th Place
Jamaica, NY 11432

Osvin Carranza
10 Lenox St
Rockville Centre, NY 11570

Tahir Mahmood
153-11 73rd Ave., Apt 2G
Flushing, NY 11367

Arctic Flow
5611 62nd Ave
Maspeth, NY 11378

Chandriswor Kandel
58 Brightside Ave
Central Islip, NY 11722

Prabin Gautam
15 Linda Lane
Central Islip, NY 11722

Kapil Phuyal
864 Carman Ave
Westbury, NY 11590

Kul P. Gouli
291 Plainview Road
Hicksville, NY 11801

Peter A. Lauricella, Esq.
Wilson, Elser, Moskowitz, et al.
677 Broadway
Albany, NY 12207

Bruce S. Rosen, Esq.
McCusker, Anselmi, Rosen & Carvelli
805 Third Avenue, 12th Floor
New York, NY 10022

Law Offices of William S. Katchen LLC
210 Park Avenue, Suite 301
Florham Park, NJ 07932

Metrin Kerkis
175-18 147th Avenue
Jamaica, NY 11434

John Kurt
2186 South Street
Fort Lee, NJ 07024

Jason Zhang
61-38 228th Street
Bayside, NY 11364

Tariq Mahmud
2 Frances Drive
Muttontown, NY 11791

Madhavan Padmakumar
263 Continental Drive
Manhasset Hills, NY 11040

Eric T. Schneiderman
Attorney General State of NY
Dept. of Taxation & Finance
120 Broadway, 24th Floor
New York, NY 10271

Office of U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

Jason R. Adams, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Alice P. Ko, Esq.
Rosen & Associates, P.C.
747 Third Avenue
New York, NY 10017-2803

Robert L. Pryor, Trustee
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590

Reed Smith LLP
Christopher A. Lynch, Esq.
599 Lexington Avenue
New York, NY 10022

Steven Wilamowsky, Esq.
Morgan Lewis & Bockius LLP
One Federal Street
Boston, MA 02110

Frank Keshtgar
18 Dove Lane
Bay Shore, NY 11706

General Petroleum Supplies, Inc.
338 Springwood Drive
Holbrook, NY 11741

Harvinder Singh
809 Stewart Ave.
Garden City, NY 11530

Lavelle & Menchino LLP
57 East Main Street
Patchogue, NY 11772

Long Island Signs & Lighting Corp.
29 Sarah Drive
Farmingdale, NY 11735

NYS Dept. of Labor
Unemployment Ins. Div.
State Office Campus
Building #12, Room #256
Albany, NY 12240

PSEG Long Island
Customer Relations
P.O. Box 888
Hicksville, NY 11802-0888

BP Products North America, Inc.
Attn: S. Wozniak
28301 Ferry Road
Warrenville, IL 60555

Kenneth Geller, Esq.
272 Doughty Blvd., Ste. 2
Inwood, NY 11906

Arifin Syed
15 Linda Lane
Central Islip, NY 11722

Bahar U. Bhuiyan
150-26 78th Street
Jamaica, NY  11417

Con Edison
Cooper Station
P.O. Box 138
New York, NY  10276-0138

Madhaven Padmukuma
263 Continental Drive
Manhasset Hills, NY  11040

MD Ashiqur Rahman
457 Eldest Lane
Brooklyn, NY 11208

Noor Zahan
127 McKinley Avenue
Brooklyn, NY  11208

RWE Distributors, Inc.
222 Sherwood Ave., Ste. 2
Farmingdale, NY 11735

Yusuf Iman
735 Lincoln Avd., Apt. 13N
Brooklyn, NY 11208-4117

Suffolk County Water Authority
P.O. Box 3147
Hicksville, NY  11802-3147

Sujay Sinha
17 E. Halley Lane
Central Islip, NY  11722

Smithtown Water District
90 East Main Street
P.O. Box 598
Kings Park, NY  11754-0698

Town of Smithtown Solid
Waste Disposal
Capacity Generation Fee
P.O. Box 9066
Hicksville, NY  11802-9066

Brentwood Water District
P.O. Box 3147
Hicksville, NY  11802-3147

Mildred Confrey
193 A Ventry Court
Ridge, NY  11961

Paraco Gas
200 Corbin Avenue
Bay Shore, NY  11706

Palliuadakkethil Thomas
4 Wildwood Road
Hicksville, NY  11801

Port Jefferson Enterprises, Inc.
701 Montauk Highway
Bay Shore, NY  11706

Harvinder Singh
809 Stewart Avenue
Garden City, NY  11530

Mohammad Sohail
33 County Line Road
Farmingdale, NY  11735

National Grid
P.O. Box 11791
Newark, NJ  07101-4791

Isabel Mejilla
67 Terrace Avenue
Hempstead, NY  11550

Malcolm Roberts & Assoc., Inc.
P.O. Box 801
Sayville, NY  11782

New York American Water
P.O. Box 578
Alton, IL  62002

Hicksville Water District
4 Dean Street
P.O. Box 9064
Hicksville, NY  11802-9064

Qi & Jason Zhang
61-38 228th Street
Bayside, NY  11364

Dina R. Kaufman, Esq.
Morgan, Lewis & Bockius LLP
399 Park Avenue
New York, NY  10022

Katherine Villanueva, Esq.
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA  19103-6996

Brian P. Morgan, Esq.
Drinker Biddle & Realh LLP
600 Campus Drive
Florham Park, NJ  07932-1047

Anthony B. Stumbo, Esq.
Riemer & Braunstein LLP
Seven Times Square, Ste. 2506
New York, NY  10036